**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| **JINOUS ROUHANI,** § | |
| § | |
| **PLAINTIFF,** § | |
| § | |
| VS. § | **CIVIL ACTION NO. 1:21-cv-01102-JRN** |
| § | |
| **ALLIED PROPERTY AND CASUALTY** § | |
| **INSURANCE COMPANY** § | |
| § | |
| **DEFENDANT.** § | |

**NOTICE OF SETTLEMENT**

Plaintiff Jinous Rouhani hereby advises the Court that the parties have settled this matter and are working on the exchange of settlement documentation and funding. The parties request 60 days to complete these tasks before the Court dismisses the case upon final motion by the parties.

Respectfully submitted,

**DALY & BLACK, P.C.**

By:  /s/ *Maria R. Gerguis*
    Richard D. Daly
    State Bar No. 00796429
    rdaly@dalyblack.com
    Maria R. Gerguis
    State Bar No. 24090355
    mgerguis@dalyblack.com
    2211 Norfolk Street, Suite 800
    Houston, Texas 77098
    Tel: (713) 655-1405
    Fax: (713) 655-1587
    ecfs@dalyblack.com (service)
    **ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 27, 2022, a true and correct copy of the forgoing was served on all counsel of record by the Court's CM/ECF system in accordance with the Federal Rules of Civil Procedure.

      By: */s/ Maria R. Gerguis*
           Maria R. Gerguis